# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIXIANG LIN,<br><br>          Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>          Respondents. | Case No. 5:26-cv-01876-JFW-MBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents waived their objections to the Report and Recommendation. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) Judgment be entered granting the petition for writ of habeas corpus;

(2) a writ of habeas corpus be issued requiring Petitioner's immediate release under the same conditions of release as were previously in place;

(3) prohibiting Petitioner's re-detention absent notice and an opportunity to be heard;

(4) requiring Respondents to return all of Petitioner's confiscated personal belongings, her Employment Authorization Document, and identification documents to her upon her release from custody; and

(5) dismissing this case with prejudice.

Dated: April 24, 2026

_____

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2