JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUIXIANG LIN,<br><br>    Petitioner,<br><br>v.<br><br>FERETI SEMAIA, et al.,<br><br>    Respondents. | Case No. 5:26-cv-01876-JFW-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: April 24, 2026

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE